AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Trevor Cain

_____
Defendant

)
) Case: 1:23-mj-00143
) Assigned To : Harvey, G. Michael
) Assign. Date : 6/23/2023
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _____Trevor Cain_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)-Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in any of the Capitol Buildings

Date: __06/23/2023__

G. Michael Harvey
Digitally signed by G. Michael Harvey

Issuing officer's signature

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) __06/23/2023__, and the person was arrested on (date) __06/26/2023__
at (city and state) __AKRON, OH__.

Date: __06/26/2023__

Arresting officer's signature

CARSON GOSSMEYER, SPECIAL AGENT/FBI
Printed name and title